# *IN THE UNITED STATES DISTRICT COURT*
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA                              PLAINTIFF


vs.                          4:08CR00126-001  SWW

PHILLIP LEMON HATTON                              DEFENDANT


### <u>ORDER</u>

Pending before the Court is defendant's motion to continue the revocation hearing currently scheduled October 17, 2013 until after the resolution of the pending charges in Pulaski County Circuit Court  and Little Rock Traffic Court.   The motion to continue is unopposed by the government.  The Court has fully considered the motion and finds that, for good cause shown, the motion to continue should be granted.

IT IS THEREFORE ORDERED that defendant's motion for continuance of the revocation hearing [doc #72] be, and it is hereby, ***granted***.  The supervised release revocation hearing will be rescheduled on ***WEDNESDAY, MARCH 19, 2014 AT 1:00 P.M. in Courtroom #389.***

Dated this 16th day of October 2013.


/s/Susan Webber Wright
United States District Judge