**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | | PLAINTIFF |
| vs. | NO. 4:08CR00126-001 SWW | |
| PHILLIP LEMON HATTON | | DEFENDANT |

**ORDER**

The above entitled cause came on for hearing March 19, 2014 on government's petition to revoke the supervised release [doc #74] previously granted this defendant in the United States District Court for the Eastern District of Arkansas. Based upon the admissions of defendant, the Court found that defendant has violated the conditions of his supervised release without just cause.

IT IS THEREFORE ORDERED AND ADJUDGED that the supervised release previously granted this defendant, be, and it is hereby, **revoked**.

IT IS FURTHER ORDERED that defendant shall serve a term of imprisonment of *TWENTY-FOUR (24) MONTHS* in the custody of the Bureau of Prisons. The Court recommends that defendant be placed in FCI, Forrest City, Arkansas or Millington, Tennessee to be close to family; and that defendant participate in substance abuse programs during incarceration.

There will be *NO* term of supervised release following the term of incarceration.

The defendant is remanded to the custody of the U. S. Marshal Service to be transported to designated facility for service of the sentence imposed.

IT IS SO ORDERED this 19th day of March 2014.

/s/Susan Webber Wright
United States District Judge